RECEIVED
STATESVILLE, NC

AUG 3 1 2015

Clerk, U. S. Dist. Court
W. Dist. of N. C.

FILED

AUG 1 9 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MARVIN W. MILLSAPS,<br>Petitioner, | ) ) ) | 5:15CV114-FDW |
| v. | ) ) ) | O R D E R |
| OLIVER WASHINGTON,<br>Respondent. | ) ) ) | |

It appears from the application for writ of habeas corpus of Marvin W. Millsaps, a state prisoner, that petitioner was convicted and sentenced in the Superior Court of Iredell County, within the territorial jurisdiction of the United States District Court for the Western District of North Carolina, and is presently in custody in Warren County, within the territorial jurisdiction of the Eastern District.

Now therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina, and particularly under the authority and by the direction of the United States District Court for the Eastern District of North Carolina,

It is ORDERED that the entire record of this proceeding, including a certified copy of this order, be and the same is hereby transferred to the United States District Court for the Western District of North Carolina, the district within which the state court was held which convicted and sentenced the petitioner, for all further proceedings. A certified copy of this order shall be mailed to petitioner.

This 19th day of August, 2015.

_____
JULIE RICHARDS JOHNSTON, CLERK

I certify the foregoing to be a true
and correct copy of the original.
Julie Richards Johnston, Clerk
United States District Court
Eastern District of North Carolina

By _____
Deputy Clerk