# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARVIN W. MILLSAPS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | CASE NO. 5:15CV114 |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIVER WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2015, Order.

Signed: September 30, 2015

_____
Frank G. Johns, Clerk
United States District Court